```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

      v.            Case No. 2:09CR20020-RTD

RAY SCOTT CRAVENS                                           DEFENDANT

**ORDER**

  Before the Court is Defendant's Motion for Continuance (pleading #8) filed on July 8, 2009 and Amended Motion for Continuance (pleading #9) filed on July 9, 2009.  Counsel for plaintiff states he has no objection.

  IT APPEARING to the Court that the motions are well taken and should be granted, it is ORDERED that the motions be, and are hereby, granted, and the case is reset for trial on **THURSDAY, OCTOBER 1, 2009 AT 9:00 A.M.**

  The Court grants this continuance based on its findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, because otherwise the defendant's counsel would be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).  The time between the trial date of July 21, 2009, and the reset trial date of **OCTOBER 1, 2009**, is excludable for speedy trial purposes. See 18 U.S.C. § 3161(h)(8)(A).

ORDERED this 14th day of July, 2009.

/s/ Robert T. Dawson

_____
ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE